IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICK WHITE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv727-MHT |
| | ) | (WO) |
| TEXAS STATE | ) | |
| REPRESENTATIVES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION AND ORDER

This lawsuit is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Northern District of Texas pursuant to 28 U.S.C. § 1406(a). Also before the court are plaintiff's objection to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

\*\*\*

Accordingly, it is ORDERED as follows:

(1) Plaintiff's objection (doc. no. 4) is overruled.

(2) The magistrate judge's recommendation (doc. no. 3) is adopted.

(2) This case is transferred to the United States District Court for the Northern District of Texas pursuant to 28 U.S.C. § 1406(a).

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 17th day of September, 2018.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**